UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROOSEVELT JONES, | ) | Case No. 5:22-cv-00268-MCS-JC |
| Petitioner, | ) ) | |
| v. | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| T. JUSINO, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed and considered the "Summary of This Petition" and supporting documents which are construed to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") (Docket Nos. 1, 3, 15), the parties' submissions in connection with the Motion to Dismiss (Docket Nos. 12, 18-19, 21), and all of the records herein, including the April 6, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED AND FOUND: (1) the Motion to Dismiss is granted; (2) the Petition and this action are dismissed; and (3) Judgment shall be entered accordingly.

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on petitioner and on counsel for respondent.
3   IT IS SO ORDERED.

4   DATED: May 18, 2022

*[Signature: Mark C. Scarsi]*

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE