JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROOSEVELT JONES, | ) | Case No. 5:22-cv-00268-MCS-JC |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| T. JUSINO, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Summary of This Petition" and supporting documents, which the Court has construed to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and this action are dismissed.

IT IS SO ADJUDGED.

DATED: May 18, 2022

_____
HONORABLE MARC C. SCARSI
UNITED STATES DISTRICT JUDGE